UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XO GLOBAL LLC, <br><br> **Plaintiff,** <br><br> v. <br><br> PETER BONSIGNORE, EVAN MERLIS, MATTHEW O'DONNELL, AND WHEELS UP PARTNERS LLC, <br><br> **Defendants.** | Civil Action No.  1:20-cv-01017-KPF <br><br><br> **VOLUNTARY DISMISAL OF ACTION, WITH PREJUDICE** |

**THIS MATTER** having been opened to the Court by Greenberg Traurig, LLP, attorneys for Plaintiff, XO Global LLC ("XO"), and the Court being fully advised, pursuant to paragraph (xviii) of the July 13, 2020 Consent Order for Injunctive Relief [DE 87] ("Consent Order"), as no applications for relief have been filed pursuant to that Consent Order, Plaintiff XO agrees to voluntarily dismiss this action with prejudice, therefore;

IT IS on this  9th   day of      June         , 2021;

**ORDERED** that Plaintiff's Complaint against Defendants in the above action be and hereby is dismissed with prejudice, and without costs and fees; and it is further

**ORDERED**, that a true copy of this Order be served upon all parties within  14   days of the date hereof.

_____
Hon. Katherine Polk Failla, U.S.D.J.

**THE UNDERSIGNED HEREBY CONSENT TO ENTRY OF THE WITHIN ORDER:**

                        GREENBERG TRAURIG, LLP

Dated June 8, 2021            /s *Michael J. Slocum*
                                      Michael J. Slocum
                                      Noel A. Lesica
                                      slocumm@gtlaw.com
                                      lesican@gtlaw.com
                                      GREENBERG TRAURIG LLP
                                      200 Park Avenue
                                      New York, NY  10166
                                      Tel: (212) 801-9200
                                      Facsimile: (212) 801-6400
                                      *Attorneys for Plaintiff,*
                                      *XO Global LLC*