**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XO GLOBAL LLC, <br><br> **Plaintiff,** <br><br> v. <br><br> PETER BONSIGNORE, EVAN MERLIS, MATTHEW O'DONNELL, COLIN CASEY AND WHEELS UP PARTNERS LLC, <br><br> **Defendants.** | Civil Action No. 1:20-cv-01017-KPF <br><br><br> **VOLUNTARY DISMISSAL OF ACTION, WITH PREJUDICE** |

**THIS MATTER** having been opened to the Court by Greenberg Traurig, LLP, attorneys for Plaintiff, XO Global LLC ("XO"), and the Court being fully advised, pursuant to paragraph (xviii) of the July 13, 2020 Consent Order for Injunctive Relief [DE 87] ("Consent Order"), as no applications for relief have been filed pursuant to that Consent Order, Plaintiff XO agrees to voluntarily dismiss this action with prejudice, therefore;

IT IS on this 15th day of June, 2021;

**ORDERED** that Plaintiff's Complaint against Defendants in the above action be and hereby is dismissed with prejudice, and without costs and fees; and it is further

**ORDERED**, that a true copy of this Order be served upon all parties within 14 days of the date hereof.

_____
Hon. Katherine Polk Failla, U.S.D.J.

```
The Clerk of Court is directed to vacate the June 9, 2021 Order
of Dismissal (Dkt. #90), as the Court understands that the Order
inadvertently omitted Defendant Colin Casey.
```

**THE UNDERSIGNED HEREBY CONSENT TO ENTRY OF THE WITHIN ORDER:**

                        GREENBERG TRAURIG, LLP

Dated June 9, 2021                      /s *Michael J. Slocum*
                                              Michael J. Slocum
                                              Noel A. Lesica
                                              slocumm@gtlaw.com
                                              lesican@gtlaw.com
                                              GREENBERG TRAURIG LLP
                                              200 Park Avenue
                                              New York, NY  10166
                                              Tel: (212) 801-9200
                                              Facsimile: (212) 801-6400
                                              *Attorneys for Plaintiff,*
                                              *XO Global LLC*